UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_PANAMA CITY_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

QUINCY WILLIAMS ,

Inmate # 340902 .

(Enter full name of Plaintiff)


vs.                                          CASE NO: _5:13cv9-RS-ERJ_

(To be assigned by Clerk)

KENNETH TUCKER ,

Warden CULPEPER ,

_____ ,

_____ ,

_____

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)


### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: _Quincy Alexander Williams_

Inmate Number: _346902_

Prison or Jail: _Apalachee Corr. Inst. E/U_

Mailing address: _35 Apalachee Drive_
_Sneads, FL, 32460_

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: _Kenneth Tucker_
Official position: _Secretary, Fla. D.o.C._
Employed at: _Dept. of Correction_
Mailing address: _501 South Calhoun st._
_Tallahassee, Fla 32399-2500_

(2) Defendant's name: _MR. Culpeper_
Official position: _Warden_
Employed at: _Apalachee C.I._
Mailing address: _35 Apalachee Drive_
_Sneads, Fla. 32460_

(3) Defendant's name: _MR. Rickman_
Official position: _Sergeant_
Employed at: _Apalachee Corr. Inst_
Mailing address: _35 Apalachee DR._
_Sneads, Fla. 32460_

(4) MS. Knollinger
psychiatric.
Apalachee Corr. Inst.
35 Apalachee DR.
Sneads, Fla. 32460

(5) MR. Barfield
Warden
Jackson Corr. Inst.
Unknown.

(6) MR. Howard
officer.
Apalachee Correction Inst,
35 Apalachee DR.
Sneads, Fla. 32460

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

(7) MS. Hand
Leutineant
Apalachee Corr. Inst.
35 Apalachee DR.
Sneady Fla.

(8) MR. Harold
captain
Apalachee Corr. Inst.
35 Apalachee DR.
Sneads, Fla. 32460

(9) MS. Sherr Lockwood
Clasification Officer
Apalachee Corr. Inst
35 Apalachee DR.
Sneads, FC. 32460

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(  )                    No(X)

1.   Parties to previous action:
(a)   Plaintiff(s): ____ n/a ____
(b)   Defendant(s): ____ n/a ____
2.   Name of judge: _____   Case #: _____
3.   County and judicial circuit: _____
4.   Approximate filing date: _____
5.   If not still pending, date of dismissal: _____
6.   Reason for dismissal: _____
7.   Facts and claims of case: _____
_____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(  )                    No(X)

1.   Parties to previous action:
a.   Plaintiff(s): ____ n/a ____
b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____   Case #: _____
4.   Approximate filing date: _____
5.   If not still pending, date of dismissal: _____
6.   Reason for dismissal: _____

3

7.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.    Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( X )                    No(   )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.    Parties to previous action:
      a.    Plaintiff(s): _Quincy Williams_
      b.    Defendant(s): _Sec. Dept. of Correction_
2.    District and judicial division: _Fla, Orlando Div._
3.    Name of judge: _Sharpe_          Case #: _____
4.    Approximate filing date: _____
5.    If not still pending, date of dismissal: _____
6.    Reason for dismissal: _Dismissed with perjudice._
7.    Facts and claims of case: _2254 (Conviction)_

_____

**(Attach additional pages as necessary to list cases.)**

D.    Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes(   )                    No( X )

1.    Parties to previous action:
      a.    Plaintiff(s): _____
      b.    Defendant(s): _____
2.    District and judicial division: _____
3.    Name of judge: _____  Case Docket # _____ _____
4.    Approximate filing date: _____  Dismissal date: _____
5.    Reason for dismissal: _____

4

6.   Facts and claims of case: _____ _____ _____

_____ _____ _____

**(Attach additional pages as necessary to list cases.)**

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

This Action is Brought Against State Prison officials For The Following Reason. On August 12, 2012 I was Place in Administrative Confinement For Alleged 1-6 infraction Lewd And Lascivious Act. The Next Morning I Had A Mental Break-down And Cut My Wrist with A Razor, To Avoid Me From Cut-ting Again Chemical Agents (Gas) was used Spontaneous Than I was Removed out of the Cell For A Decontamination Shower. I Was Seen By The Nurse who Bandage My Wrist, which was Later that Day Giving 7 stitches By The Doctor. I Also Seen Mental Health who Had Me Place on Suicide watch Sos cell in medical, I was Also Seen By The Psychiatric DR. Knollinger, That Said She was gone Review My Record And see if I'm on The Right Medication. The Next Day Around 9:00 A.M. She Cah Back To My SOS Cell And wanted to Know why I was Not Taking My Medication And Have Not Been Eating, Then Advise Me That She was putting Me in For C.S.U. (Prison Mental Hospital) For More Treatment, officer Howard who was Present Later That Day started Harassing Me About Not Eating My Lunch And That I Know what you was Place in Confinement For, you Need To Stop, Playing Ain't Nothing Wrong with you, At About 2:00 p.m. He Seen Me on The Door And Kept Running Me Away From The Cell Door And Accuse Me of Trying To Masturbate on The Female

Staff That Was Coming In The. SoS Area. I Was Not Doing
This And Me and Officer Howard got into A Verbal Con-
frontation, He Threaten To Have Me Hurt Real Bad For A
Half A Pack Of Cigarette, I got A Inmate That Will Take
Care of you. The Next following Day on August 14, 2012 DR
Knollinger Advised Me That she Got A Bad Report That I
Was Masturbating on Female Staffs, And I'm Retressing You
Back To The Security Because You A Management Problem,
Let Security Deal with You. I Hope They Gas you (Chemical
Agents) Real Good. At This Time The Captain Harold Had
Walk up To My Cell Also. I started Pulling out My stitches
from My Wrist, which started Bleeding, DR. Knollinger Said
She Didn't Care About My Wrist And Told The Captain I
Had A masturbating Problem And I Did It To
Her, Then Walk Away. The Captain Told Me If I Don't
Cuff-up He will use Force. I Told Him That I Was in
Fear Of My Life That Ofc. Howard Threaten To Have Some-
One Hurt Me, The Captain Advised Me that He Will Allow
Me protective Management (P.M) I Allow Him To place
Handcuff on Me than I was Seen By The Nurse Who Band-
Aged up My wrist, only 2 Stitches Remain in My wrist
upon Being Escorted Back To y-Dorm (Administrative
Confinement) I was place in The Holden Cell, The Captain
Told The Sergeant To Put Me in A Cell By Himself He Went
P.M. (Protective Management) Inmates was Moved Around To
open up A Empty Cell. I Was Place in y1-107 Lower with
only A Mattress NO Linen. Later Sgt. Rickman And Another
Officer Came To My Cell Door And was Asking why I
Cot Myself and What Did I use. About 30 Minutes
Later Captain Harold By My Cell And Said you Know I
To Get you For How you Acted In The SoS Cell. I

Ask Him What Do You Mean. He Said You getting Gas (Chemical Agents) And without seeing Me cause Any type of disturbance The Warden Barfield came To My Cell Door Also And Confirm that I was indeed Getting Gas And Not To Make It Any Worser. The Camera Was Brought And And captain Harold stated That I should stop causing A Disturbance, Which I was Not Doing, Than walk Away with The Camera Men, 30 minutes Later My Food Flap Was open And I was sprayed with A Red and White can. (The whole can) Then Left My cell And came Back About 20 Minutes Later without Saying Anything To Me And Sprayed Me Again, This Time with A Black And White Can. Never giving Me Any Chance to Be Remove From The Cell, only When They Was Ready To Remove Me From The Cell Did They Bring The Camera Back, On My Way To The Shower I Was Crying Because I Never Been Sprayed with Gas Before. The Captain Threaten Me That If I Don't stop The Noise, He Be To See Me Again (Referring To Being Gas Again). After Shower I Was Seen By The Nurse who Took My Blood pressure which was Improper Because The wrist Machine Does No Give A Right Reading when your Hands Is Behind Your Back. I was In A Watch Cell For A Hour Then Put Right Back In The Same Cell That I Was sprayed in. It Was Half clean, with Gas on the walls and the toilet Also The Mattress Had Gas on it Too. I Never Recieve Any Bed Linen until The Next Evening Also I'm A Psych 3 Inmate (Being Treated For Mental illness) That Should Have Seen Someone From Mental Health within The Next Day After the use of Force, I did Not see Mental Health, To After More than 2 weeks. That When I seen DR. Knollinger Again who stated, "I Hope you Learn your Lesson. I Recieved 2 D.R's Disciplinary Report Written BY Sgt. Rickman (1) For 6-1 Infraction Disobeying An order. Which stated, At 2:00 p.m.

7

He order Me To stop yelling And kicking The Door
Several Time And I Did Not Comply. And the Other
D.R. Was For 2-3 infraction participating in A Minor
Disturbance which Sgt. Rickman Wrote Also, stating,
At 3,18 P.M. He Was yelling And kicking The Door And
Did Not Cease His Action Until Chemical Agents (Gas) Was
used, At that time He Complied. I Advised The D.R. in-
vestagator That I Did Not Any Of that, And I Was Gas
twice, I Told To check the Camera, He Said I Was Kicking
And yelling For over 1 hour, She Ask what Camera, I Said
Both, The wing Camera Should See Some kind of Door Move-
ment from The food Flap Lock or The Door itself, If I
Was Kicking on The Door, And Also The HandHeld Camera.
Is got Both Audio And Video it Should Have Some Sign of
A Disturbance it I Didn't Cease until They Gas Me. She
Said put Camera Evidence down of the Form And I Look into
Them. Upon Going To Disciplinary Hearing, The Hearing
Team Said Based on the investagotion Camera Evidence did
Not support MY statement. And Find Me Guilty of Both D.R.s.
And Sentence Me To 60 Days in Disciplinary confinement. I
Also Ask The Team what Did The Cameras Show if it Did
Show what I said. They Did Not Answer. I Also
Lost MY Visitation For 2years. No other Inmate was
Charge or Counsel About A Minor Disturbance. Minor Dis-
turbance 2-3 infraction Was For Minor Riots But Now They
use For instead of Disorderly Conduct infraction. I Was Never
Allow Protective Management And Was threaten By the Coption
That If I Pursue This Any Further I Will Remain in Y-Dorm
And They Would Make MY Life Miserable. (y-dorm is For Admi-
nistrative Confinement Inmates But They keep Some Disciplinary
Inmates For Behavior Purposes. Also Later That Day which was
August 23, 2012 Warden Barfield Can To MY Cell And Said He
Did Not want Hear No More About it. I Never Recieved

8

Any Disciplinary Report For Any Alleged Charge Of Lewd and Lascivious Act, Only For The use of Chemical Agents. By The Warden Being Involved I wrote A Sensitive Nature Grievance To The Secretary, Fla, D.O.C. The Fact Was overlook And Denied By C. Neel Secretarys, Representative Also Appeal The Disciplinary Report on institutional Level And At The Secretary, Fla. D.O.C. Also Denied. The Plaintiff is A Mental Impaired And motional Has Been on Alot Of Differant Medication Also I Been In And out Of Prison Mental Hospital. For Last 7 And Half Years, I Been A Psych 3 Inmate, I Have Never Been Call A Management Problem For Suicidal Behavior. Also I Have High Blood Pressure That I Am Being Treated For. The Cell That I Was Gas in is Also Know As The "Gas Chamber" Because Of it Vault Like Cell Door Which Allow very Little Air Curculate, In Summertime The Cells Are Atleast 20 to 30 Degrees Hotter Than the Other Confinement Cell. These Cell Are Now use To House Inmate vuith Lewd And Lascivious Act, And Also Inmates that Want to Gas, At The Time I Was Gas My Body feel Like Somebody Have Throw Hot Cooking Oil on Me, I Could Not Breathe, gaging And Throwing up, I Was Begging Them To Get Me Of That Cell All The Water Was off. After A Shower My Body Was Still Hot For 3 Days or So Also My Blood Pressure Was High For Weeks even While Taking My Blood pressure Medication, For Over A Month Everytime I Seen A High Ranking officer I Though I Was About To Be Gas. This Show That This Institution Has Made it own Rules they use Chemical Agents For Punishment And Revenge instead Stopping A Disturbance. No Regrad For There Psych 3 Inmates A Serious Deliberate Indifference To My Medical Needs.

Respectfully Submitted

9

# STATEMENT OF CLAIMS

The Plaintiff will show That The Following Defendants who Is Employed At Apalachee Correctional Institution Are Representative Of The State Did Violate My Constitutional Right In This District.

1) The Plaintiff Claims He Was Denied Adquate Medical Care, When Psychiatric DR. Knollinger Conspired With officer Howard To Have Me Place Back Into Administrative Confinement. For The Purpose Of Being Gas Even After witnessing Me Commit Bodily Harm To Myself By Pulling out stitches out of My wrist, Where The Plaintiff Is A Metally Impared Inmate. She Did Violate My Right Under TITLE II Of The Americans With Disabilitres Act Of 1990 (ADA) TITLE 42 U.SC §12131 And Also The Eighth Amendment. Clear show Of Delibrate Indifference To My Serious Medical Needs, Cruel And Unusual punishment.

2) The Plaintiff Right Was Violated When Officer Howard Conspired Against Me By Threaten Bodily Harm And giving A False Report That I Was Committing Lewd And Lascivious Acts Causing Me To Be Denied Medical Treatment And Also Sprayed With Chemical Agents (Gas) Was Cruel And unusual Punishment A Violation Of My Eighth Amendment Right.

3). The Plaintiff Rights Was Violated when Sergeant Rickman Unlawfully Setting Me up To Be Gas And Falsifing Docoment To Justify The EXCessive Force, Improper Use Of Chemical Agents. Was Cruel And unusual Punishment In Violation Of My Eighth Amendment Right.

4) Plaintiff Rights Was Violated when Captain Harold Conspired With DR. Knollinger To Have Me Removed From Infirmary (SOS cell) Off Of Suicide watch Back To Administrative Confinement (Y-Dorm) For The PurPose Of Gassing

10

Was Cruel And unusual Punishment in violation of Eighth Amendment Right.

5) The Plaintiff Rights Was Violated When Captain Harold Improperly Use of Chemical Agents, By Not Following The Rules Of Florida Adiministrative Code, For Faking A Disturbance, Leaving Me In The Cell For A prolonged exposure To Gas And Not Giving Me A opprotunity To Be Removed Before using Another Can of Gas, ALL For The Sole Purpose Of Punishment Of infliction Of Pain. EXcessive Force In Violation Of Eighth Amendment Right.

6) The Plaintiff Right Was Violated When Sergeant Rickman Improperly Place Me Back Into The Same Con-Tamnated Cell That I Was Gas In with The Same Mattress, No Bed Linen And Chemical Agents On The Walls And Toliet Was Cruel And Unusual Punishment In violation on My Eighth Amendment Right.

7) The Plaintiff Right Was Violated When The Warden Barfield Doing One Of His Cell Front Check Did Stop At My Cell And Confirm That I Was Indeed Getting Gas Without seeing Any kind Of Disturbance And He Also Threaten Me Not To Make It Worse. which Clearly Show He pro-motes Corporal Punishment And EXCessive Force, Inflic-tion Of Pain Without Penological Justification Is Cruel And Unusual Punishment A violation of My Eighth Amendment Rights.

8) The Plaintiff Rights Was Violated When I Went To Disciplinary Hearing And WAS Advised The Hearing Team L.T. Hand, Classification officer Lockwood That the Requested Video Cameras Eurdince Did Not Support my Statement But Could Not Tell Me What The Cameras Actually Shown Was A violation Of My Due Process Right under Brady v. Maryland 83 s.ct 1194, Withholding Eurdence Beneficial To My Defense. Had I Know what the

11

Cameras shown I could Have Presented This on
Appeal And Had The Disciplinary Reports Overturn
Which is in violation of My 14th Amendment.

9) Plaintiff Rights was violated when Warden Cul-
Peper Made Rule That Y-Dorm Wing 1 Shall House Inmates
Behind The steel Door That Are Accused of 1-6 infraction
Lewd And Lascivious Act. Where The cells Is Not Properly
Fix For Air To Circulate And The Cells Are 20 to 30 De-
grees Hotter Than The Normal segregated Confinement cells.
For No other Infraction Are Inmates Force To Be House In
These Cells, Which is Discrimination And Cruel And Un-
Usual Punishment. The State Cannot Further it interest in
Prison Security in A unreasonable or Arbitrary ways. This
clear Violation of Both Eighth And Fourteath Amendment.

10) The Plaintiff Rights Was violated when The Discip-
linary Report Written By Sergeant Rickman For Particip-
ating in A Minor Disturbance. The Description Of The Vio-
lation in The Statement of Facts Was Vague And Inade-
quate And is Not sufficient To Meet The Definition
Of The Listed infraction Was violation of My Doe
process Right under 14th Amendment.

11) Plaintiff Right was violated when The Secretary
of Florida. D.O.C. Kenneth          Who was Repre-
Sented By C. Neel Totally The Fact In My Sensitive nature
Grievance And Denied it without No Regard For The
Truth. Was A Deliberate Indifference By Failing To Act
On Information Indicating That Unconstitutional Practices
Are Taking Place. Is Cruel And Unusual Punishment under
Eighth Amendment Right.

# RELIEF REQUESTED

The Plaintiff Respectfully Request That For My Constitutional Rights That Was Violated In All 11 Claims I Seek Relief For Compensation Damages, Punitive Damages And in Junctive And Declaratory Relief.

For The Deliberate indifference of My Serious Medical Needs, As Well As The Evil Intent By Making Medical Decisions Based on Non-Medical Factors, And For Excessive Force Which Was unnecessary And Wanton infliction Of Pain. Also For The officials Knowingly Declined To Take Action That Would Have Improved Conditions. The Plaintiff Seek $200,000.00 Damages For ALL Claims.

The Plaintiff Seek inJunction Reliefs.

It clear likelihood of Substantial immediate Irreparable InJury Where The Plaintiff Mental And Medical Condition will Be Exposed To Serious Harm.

A) Florida Dept. Of Correction Policy For Non-Spon-Taneous use -of-Force on Inmate That Have High Blood Pressure (Hypertension) Is Cruel And unusual Punishment Violation Constitution Right where Gassing (Chemical Agents) The Inmate Causes The Inmate's Blood Pressure To Raise Is Clearly Harmful To The Inmate's Health. which May Cause A Heart Attach. It Will Be Violation of The Inmate's Right To Allow This Policy To Be Used Against The Plaintiff In The future.

B) Florida Dept. of Correction Policy For Non-Spon-Taneous Use-of-Force of Chemical Agents Used on Psych 3 Inmates Under Fla. Admin. Code 33-602.210(5)(b)(2) Which States Videotaping Is Not Required If An Inmate Stop His Disruptive Behavior At The Sight Of The Video Camera But Then Resumes It Once The Video-

Taping Officer Leave. This Is clearly unconstitutional Because It Allow The officer To Gas (Chemical Agents) You Up To 3 Times Without Showing How Long The Inmate stayed In The Cell And If Any Attempt TO Remove you From The Contaminated Cell. The Policy Also Allow Inmates TO Be Gassed Based only On Officier Statement Is unconstitutional Because It Promotes Corporal Punishment, Which Is A Infliction Of Pain Without Penological Justification. To Protect The Inmate For Serious Harm ALL NON-EMergency Use Of Chemical Agents should Be Video Recorded.

    (C) FLorida Dept. Of Correctional Policy For Use Of Force With Mentally Disordered Inmates. That Is NON-Emergency Use Of Chemical Agents IS A Violation Of ADA And Inmate's Constitutional Right. D.O.C. officials Had subJective knowledge That The Use Of Chemical Agents May Cause Pschological Harm To Inmates With Mental ILLness See Thomas v. Bryant 614 F.3d 1322 (11th 2010) By ALLow A Mentally Disordered Inmate To Be Sprayed With Chemical Agents Without Being Determine By Mental Health Care That The Use Of Gas May Cause InJury To The Inmate. Does Not Prevent A Substantial Risk Of Serious InJury From Ripening Into Actual Harm, Psych 3 Inmates (Mentally Disorder) Should Be Reviewed By Mental Health Before A Officer Can Use Chemical Agents In NON-Emergencys. This Also Will Be Proper With D.O.C. Policy Of Last Result For Use Of Force On Psych 3 Inmate. See chp. 33-404.107(). 

    No Remedy At Law Will Provide Protection To The Plaintiff From These Unconstitutional Condition of Confinement In The Future Or Against Future Irreparable InJury. I Pray That These Grounds And Damages Be Granted.

Respectfully Submitted

14

## OATH
UNDER The Penalty Of PerJury, That The Foregoing statements Of Facts, Including All Continuation Pages Are True And Correct.

## CERTIFICATE OF SERVICE
I Declare Under Penalty Of PerJury That This Complaint Was Delivered To Prison Officials For Mailing On The _____ day of _____ 2013.

Quincy Williams
DC# 340902
Apalachee Corr. Isnt. E/U
35 Apalachee Drive
Sneads, Florida, 32460

Quincy Williams DC # 310502
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, Florida 32460

LEGAL
MAIL

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

Clerk, U.S. District Court
30 W. Government St.
Panama City, FL. 32401





