IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

QUINCY ALEXANDEXER WILLIAMS,

    **Plaintiff,**

v.                                          CASE NO. 5:13-cv-9-RS-GRJ

KENNETH TUCKER, SECRETARY,
DEPARTMENT OF CORRECTIONS, et al.,

    **Defendants.**
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 19) and Plaintiff's Objections (Doc. 22). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motions for Preliminary Injunction (Docs. 4 & 5) are **DENIED as moot**.

**ORDERED** on July 30, 2013.

                                    /S/ Richard Smoak
                                  **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**