IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

QUINCY WILLIAMS,

    Plaintiff,

v.                                  CASE NO. 5:13-cv-9-RS-GRJ

KENNETH TUCKER, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 113). I have reviewed the report and recommendation *de novo*. I have also reviewed Plaintiff's Objections (Doc. 116). Although Plaintiff has stated his reasons for objecting to at least 11 of the Magistrate Judge's conclusions, I reject Plaintiff's arguments as not compelling and agree instead with the well-reasoned report of the Magistrate Judge.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Motions to Dismiss (Doc. 94) is **GRANTED IN PART, DENIED IN PART.** The motion is denied as to (i) Plaintiff's claim against Defendant Harrell for pepper spraying, (ii) Plaintiff's claim against Defendants Harrell and Rickman for leaving Plaintiff in a contaminated cell overnight, and (iii) Plaintiff's claim against Defendant

1

    Barfield for failing to intervene. All other claims against Defendants Gunn, Howell and Crews are dismissed.

3. Defendant Knollinger's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 99) is **GRANTED**. Defendant Knollinger is dismissed from this action.

4. This case is referred to Magistrate Judge Gary R. Jones for further proceedings.

**ORDERED** on January 6, 2015.

                                    **/s/ Richard Smoak**
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**