IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

QUINCY A. WILLIAMS,

      Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.　5:13cv9-MW/GRJ

RICKMAN, et al.,

      Defendants.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.171, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 173. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendants' Motion for Summary Judgment, ECF No. 132, is **GRANTED**. Plaintiff's claims against Defendants are dismissed with prejudice." The Clerk

1

shall close the file.

    **SO ORDERED on March 17, 2016.**

                                      <u>**s/Mark E. Walker**</u>
                                      **United States District Judge**