# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**QUINCY ALEXANDRER WILLIAMS,**

    **Plaintiff,**

**v.**                                           **Case No.: 5:13-CV-9-MW-GRJ**

**RICKMAN, ET AL.,**

    **Defendants.**

_____/

## NOTICE OF SETTLEMENT

A Settlement has been reached in this case, and the documentation is currently being completed. Defendants and Plaintiff require thirty (30) days in which to complete the required settlement documentation. Once the documentation is completed and the terms of the settlement are fulfilled, Plaintiff and Defendants will file a Joint Motion for Voluntary Dismissal of Plaintiff's claims against Defendant.

1

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Assistant Attorney General
Florida Bar No.: 993204
Shirley.Durham@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Settlement* was e-filed electronically through CM/ECF and sent by U.S. Mail to: Quincy Williams, DOC# 340902, Reception and Medical Center, Main Unit, P.O. Box 628, Lake Butler, Florida 32054-0628 on June 12, 2019.

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Assistant Attorney General
Florida Bar No. 993204