# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**QUINCY ALEXANDRER WILLIAMS,**

    Plaintiff,

v.                                       **Case No.: 5:13-CV-9-MW-GRJ**

**RICKMAN, ET AL.,**

    Defendants.

_____/

## JOINT STIPULATION TO DISMISSAL WITH PREJUDICE

COME NOW the Parties, by and through the undersigned counsel, and stipulate to the voluntary dismissal with prejudice as to Defendants HARRELL and RICKMAN, and all parties to bear their own fees and costs.

1

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

Quincy Williams
DOC#340902
Reception and Medical Center
Main Unit, P. O. Box 628
Lake Butler, FL  32044-0268

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Senior Assistant Attorney General
Florida Bar No.: 0993204
Shirley.Durham@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing JOINT DISMISSAL was e-filed electronically through CM/ECF and sent by U.S. Mail to: Quincy Williams, DOC# 340902, Reception and Medical Center, Main Unit, P.O. Box 628, Lake Butler, Florida 32054-0628 on ___10th day of July 2019.

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Assistant Attorney General
Florida Bar No. 993204

2

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

Quincy Williams
DOC#340902
Reception and Medical Center
Main Unit, P. O. Box 628
Lake Butler, FL  32044-0268

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Senior Assistant Attorney General
Florida Bar No.: 0993204
Shirley.Durham@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing JOINT DISMISSAL was e-filed electronically through CM/ECF and sent by U.S. Mail to: Quincy Williams, DOC# 340902, Reception and Medical Center, Main Unit, P.O. Box 628, Lake Butler, Florida 32054-0628 on _____ _____ 2019.

/s/ Shirley Wilson Durham
Shirley Wilson Durham
Assistant Attorney General
Florida Bar No. 993204

2